# IN THE SUPREME COURT OF THE STATE OF NEVADA

CEDRIC LEROB JACKSON,
               Appellant,
vs.
THE STATE OF NEVADA,
               Respondent.

No. 71752

**FILED**

FEB 28 2017

ELIZABETH A BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to modify and/or correct an illegal sentence. Eighth Judicial District Court, Clark County; Jessie Elizabeth Walsh, Judge.

The notice of appeal was untimely filed. NRAP 4(b); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

17-06818

cc: Hon. Jessie Elizabeth Walsh, District Judge
Cedric Lerob Jackson
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk